## CAMPBELL et al. v. AETNA BLDG. & LOAN ASS'N.

No. 28444.   May 24, 1938.

W. R. Kerr, for plaintiffs in error.

Duff & Manatt, for defendant in error.

PER CURIAM. This is an appeal by transcript. On the 4th day of September, 1937, the court overruled a motion to vacate a judgment entered on the 16th day of Feb-

ruary, 1935. Motions and rulings thereon are not a part of the record and cannot be presented to this court by transcript. Whitaker v. Chestnut, 65 Okla. 122, 165 P. 160; Davis v. Lammers, 23 Okla. 338, 100 P. 514; Devault v. Merchants' Exchange Co., 22 Okla. 624, 98 P. 342.

The appeal is dismissed.

BAYLESS, V. C. J., and PHELPS, CORN, GIBSON, and HURST, JJ., concur.